IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| ROBERT CHRISTIAN PEEL, ) | |
| ) | CASE NO. 09-04770-8-JRL |
| Debtor. ) | |
| _____ ) | |
| ) | |
| LEGRANDE HOSPITALITY, LLC d/b/a ) | |
| JUICE WINE PURVEYORS, ) | |
| ) | |
| Plaintiff, ) | ADVERSARY PROCEEDING |
| ) | NO:  09-00167-8-JRL |
| vs. ) | |
| ) | |
| ROBERT CHRISTIAN PEEL, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXTEND TIME FOR DISCOVERY**

NOW COMES Robert Christian Peel ("Debtor") in the above-referenced case, and respectfully moves to extend the deadline for discovery for sixty (60) days until Friday, April 2, 2010.

In support of this motion, the Debtor states that there is a pending Motion for Judgment on the Pleadings filed by the Debtor on December 8, 2009 and the Debtor would like to extend the time to complete discovery until such motion is ruled upon.

WHEREFORE, the Debtor respectfully asks that the Court enter an Order extending the deadline to complete discovery for sixty (60) days, up to and including Friday, April 2, 2010. Respectfully submitted, this the 29th day of January, 2010.

        /s/ Rebecca F. Redwine
William P. Janvier
N.C. State Bar No. 21136
Rebecca F. Redwine
N.C. State Bar No. 37012
James M. Hash
N.C. State Bar No. 38221
Everett, Gaskins, Hancock & Stevens, LLP
Attorneys for Defendant
P. O. Box 911
Raleigh, NC 27602
Telephone: (919) 755-0025
Facsimile: (919) 755-0009

{00101616.DOC;Ver 1}

## Certificate of Service

I, James M. Hash, do hereby certify that a true copy of the foregoing **Motion to Extend Time to Complete Discovery** was served on the following parties via U.S. Mail, first class:

John Walter Bryant
Amber I. Hayles
J.W. Bryant Law Firm, PLLC
Post Office Drawer 909
Raleigh, NC 27602


Respectfully submitted, this the 29th day of January, 2010.

                                                                 /s/ Rebecca F. Redwine
                                                              Rebecca F. Redwine